John AKINS, Individually and on behalf of all others similarly situated and identified below; Tim Allen; Emory Archer; Mark Barlow; Joel Barton; et al, Plaintiffs–Appellees

v.

Michael SULLIVAN; Charles Baldwin; Johnny Knighten; Jimmy Phillips; Ronald Dickerson, as representatives of all class members in the matter entitled Michael Sullivan, et al v. Worley Companies, et al No. 599, 055, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, Intervenor Plaintiffs–Appellants

v.

Worley Catastrophe Response, L.L.C.; Worley Catastrophe Services, L.L.C.; Michael Allen Worley, Defendants–Appellees.

No. 13–30282.

United States Court of Appeals, Fifth Circuit.

July 2, 2014.

Jerry Jay P. Hughes, Jr., Esq., Hughes Brown, P.L.L.C., Oxford, MS, Joseph E. Fieschko, Jr., Fieschko & Associates, Incorporated, Pittsburgh, PA, John R. Linkosky, Carnegie, PA, Michael Allen Star-

zyk, Attorney, Starzyk & Associates, P.C., The Woodlands, TX, for Plaintiffs–Appellees.

Timothy Williams Cerniglia, Attorney, New Orleans, LA, for Intervenor Plaintiffs–Appellants.

Jennifer Lynn Anderson, Jones Walker LLP, James Russell Lewis, Crawford Lewis, P.L.L.C., Baton Rouge, LA, Mary Margaret Lebato, Jones Walker LLP, New Orleans, LA, for Defendants–Appellees.

Before STEWART, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.[1]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. In light of the above opinion, Appellants' motion to supplement the record and Appellees' motion to dismiss the appeal are denied as moot.